393 A.2d 1286

Estey Division of Miner Industries, Inc. v. Schreiber Industrial Development Co. et al., Appellants.

Argued April 10, 1978. Marvin Schreiber, for appellants; J. Kerrington Lewis, for appellee.

Orders affirmed.